

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-22-2010

# Daniel Ramos-Olivieri v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 09-2558

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

## Recommended Citation

"Daniel Ramos-Olivieri v. Atty Gen USA" (2010). *2010 Decisions.* Paper 328.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/328

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 22, 2010

No. 09-2558

DANIEL O. RAMOS-OLIVIERI,

Petitioner

v.

ATTORNEY GENERAL OF THE
UNITED STATES OF AMERICA,

Respondent

(B.I.A. No. A095-833-985 )

Present:  SLOVITER, BARRY and SMITH, Circuit Judges

   1.  Respondent's Motion to Publish the Court's Opinion dated 09/17/10.

Respectfully,
Clerk/cjg

_____ORDER_____
The foregoing motion is GRANTED.

By the Court,

**/s/Maryanne Trump Barry**
Circuit Judge

Dated: October 22, 2010
CJG/cc: Lauren Anselowitz, Esq.
      Anthony P. Nicastro, Esq.
      Joanna L. Watson, Esq.